IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLOTTE MOORE
ADC #707717                                                              PLAINTIFF

v.                          No. 4:23-cv-654-DPM

SOLOMON GRAVES, Secretary,
Arkansas Department of Correction;
DEXTER PAYNE, Director, Arkansas
Department of Correction; SHELLI
MARONEY, Records Administrator,
Arkansas Department of Corrections;
S. YORK, Work Release Supervisor,
Hawkins Unit for Women, ADC                                         DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2023